UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KENNETH GREGORY WILLIAMS,** | Case No. 3:10-cv-00730-SI |
| Plaintiff, | |
| v. | **OPINION AND ORDER** |
| **OREGON DEPARTMENT OF CORRECTIONS, STEVE SHELTON, M.D.,** et al., | |
| Defendants. | |

**SIMON, District Judge.**

On January 3, 2012, this court granted the Defendants' motions for summary judgment (Doc. 67 and Doc. 122), granted the Plaintiff's motion to strike (Doc. 152) in part and denied it in part, denied Plaintiff's motion to amend his complaint (Doc. 89), and dismissed this action with prejudice (Doc. 167). Plaintiff has moved the court to reconsider its January 3, 2012 opinion and order (Doc. 175). The court has reviewed Plaintiff's motion and supporting arguments, and it determines that no new grounds have been raised that would warrant a reconsideration of the court's prior decision. In addition, the court notes that Plaintiff's motions to appoint counsel (Doc. 3 and Doc. 99) were considered and denied by Judge Acosta on July 16, 2010 (Doc. 7),

and on June 14, 2011 (Doc. 110), and that Judge Acosta also considered and denied Plaintiff's motion to appoint an expert (Doc. 42) on December 9, 2010 (Doc. 62). These motions were not before the court when it issued its January 3, 2012 opinion and order. The court has also reviewed Plaintiff's motion to strike and supporting documentation (Doc. 169), which were submitted after the court had entered judgment in this action but before notice of that judgment had reached Plaintiff. The court determines that Plaintiff's motion to strike does not give rise to grounds warranting a reconsideration of the court's opinion, order, or judgment.

Therefore, Plaintiff's motion for reconsideration of this court's opinion and order (Doc. 175) is DENIED.

Dated this 27th day of July, 2012.

   /s/Michael H. Simon
Michael H. Simon
United States District Judge